UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATRAVIETTE SMITH-WILSON and CHARISMA DEBERRY,

Plaintiffs,

-against-

HORIZON MEDIA HOLDINGS LLC and HORIZON MEDIA LLC,

Defendant.

25-cv-7331 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants have filed a notice of appeal of this Court's order denying their motion to compel arbitration. Dkt. 38. Proceedings are hereby STAYED until the conclusion of the interlocutory appeal. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023). This order suspends all previous deadlines, including defendants' deadline to respond to plaintiffs' amended complaint.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge